IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>LUIS ANGEL CABRAL,<br><br>　　　Defendant, | Crim. No. 4:25-cr-033<br><br><br><br>**MOTION FOR DETENTION HEARING AND RELEASE FROM CUSTODY** |

　　　The defendant, through counsel, respectfully asks the Court to set this matter for a detention hearing under 18 U.S.C. § 3142, stating:

　　　1.　　The defendant is charged with one count of Conspiracy to Distribute Controlled Substances under 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846. Dkt. No. 12. He is currently held in custody at the Polk County Jail.

　　　2.　　Mr. Cabral's Arraignment was held on May 5, 2025. Dkt. No. 67. At that time Mr. Cabral did not request a detention hearing, but reserved the right to request such a hearing in the future.

　　　3.　　On May 6, 2025, the U.S. Probation Office for the Southern District of Iowa filed an Amended Pretrial Services Report as to Mr. Cabral. Dkt. No. 76. This report was completed by the probation office in the Northern District of Texas, where Mr. Cabral resided at the time of his arrest, and where he would return (under pretrial release supervision) if he were released. *Id.* Both probation offices have now recommended that Mr. Cabral be released while this case is pending. *Id.*

4. The conditions of release listed in the Report are sufficient to assure Mr. Cabral's appearance at future court proceedings and the safety of the community, and so the Court should order his release while this case is pending. *See id.* at 6.

5. Undersigned counsel has spoken with the defendant's mother, and verified that Mr. Cabral is welcome to live at her home in Post, Texas, while this case is pending. *See id.* at 3. She is willing to assume supervision of Mr. Cabral in addition to any supervision that will be provided by pretrial release services through probation.

6. The Government does not resist the defendant's release from custody under the conditions specified in the report.

7. The defendant will be able to provide further details on his release plan at the time of the detention hearing.

WHEREFORE, the defendant respectfully asks the Court to set this matter for a detention hearing and order the defendant's release from custody, with the conditions recommended in the Pretrial Services Report.

GREFE & SIDNEY, P.L.C.

By: /s/ *Peter J. Ickes*
Peter J. Ickes, AT0014168

500 E. Court Ave., Ste. 200
Des Moines, IA 50309
Phone: 515/245-4300
Fax: 515/245-4452
pickes@grefesidney.com

ATTORNEY FOR DEFENDANT,
LUIS ANGEL CABRAL