## United States District Court for the Southern District of Iowa

Presiding: Honorable  William P. Kelly, U.S. Magistrate Judge
Criminal No. 4:25-cr-00033-RGE-WPK-2      :                          Clerk's Court Minutes – Plea

---

| | | |
|---|---|---|
| United States of America | : | Gov. Atty(s): Jonathan Louis Holscher |
| vs. | : | Def. Atty(s): Peter Joseph Ickes |
| | : | Court Reporter: Karla Ray |
| Luis Angel Cabral | : | Interpreter: N/A |

---

Date: August 8, 2025                                    :
Time Start: 3:15 p.m.                                  :
Time End:  3:48 p.m.                                   :

Indictment  ✔ Superseding Indictment     Information

In   1   Count(s) – Code Violation:

Ct 3s - 21:841(a)(1); 841(b)(1)(A); 846 Conspiracy to Distribute a Controlled Substance

Certified/Language Skilled interpreter sworn
✔ Consent to magistrate accepted
✔ Defendant sworn
✔ Defendant advised of potential perjury charges
✔ Plea agreement filed/to be filed
　　✔ Defendant understands
　　✔ Defendant agrees
　　There is no plea agreement to file
✔ Defendant advised of nature of charges
✔ Defendant advised of elements
✔ Defendant satisfied with attorney
✔ Defendant advised of penalties
　　✔ Maximum fine/incarceration
　　✔ Mandatory minimum fine/incarceration
　　Forfeiture/restitution
　　✔ Supervised release
　　　　✔ Maximum
　　　　✔ Mandatory minimum
　　✔ Mandatory Special Assessment
✔ No promises made regarding sentence
✔ Defendant advised of sentencing guidelines
✔ Defendant waives rights to jury trial
✔ Defendant advised of right to persist in not guilty plea

　　Defendant plea of guilty to Count(s): 3s
　Court findings:
✔ Factual basis ✔ Voluntariness ✔ Competency to Plea
✔ Court will file a Report and Recommendation that the defendant's plea be accepted as of the date of this hearing
✔ Counsel informed they have 14 days to file any objection to Report and Recommendation
　Court accepts plea
　Court rejects plea
　Offense Conduct Statement due: To be set by further order
　PSR to be disclosed to counsel: To be set by further order
　Objections to PSR due: To be set by further order
　Applicability of advisory guideline
　to the Court due: 10 days before sentencing
　Sentencing date: December 19, 2025 at 9:30 a.m.
　　　　Before: The Honorable Rebecca Goodgame Ebinger
　　　　In: Des Moines Courthouse     Rm:  410
　Custody status:
✔ Detention
　Bond

---

Additional Information:

Defense counsel makes record in support of continued release. Government makes record. The Court does not find exceptional circumstances for Defendant to remain released on conditions. Defendant is remanded into the custody of the U.S. Marshal.

/s/ K. Platt
Deputy Clerk